IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN GAGLIARDI
      Plaintiff

    v

COUNTY OF ALLEGHENY,
a political subdivision of the
Commonwealth of Pennsylvania,
CALVIN LIGHTFOOT, former
Warden of Allegheny County Jail,
FRED ROSEMEYER, present
Warden of Allegheny County Jail,
JAMES C. RODDEY, former
County Chief Executive,
DAN ONORATO, present
County Chief Executive and
JOHN DOE, a County Correctional
Officer, with name unknown,
JANE DOE, a County Correctional
Officer, with name unknown,
JACK DOE, a County Correctional
Officer, with name unknown, and
JILL DOE, a County Correctional
Officer, with name unknown; and
ALLEGHENY CORRECTIONAL HEALTH
SERVICES (ACHS), a Pennsylvania corporation and
BRUCE W. DIXON, M.D., President of
ACHS and County Health Department Director
Defendants in all capacities.

CIVIL NO.  04-0241

Judge David S. Cercone/
Magistrate Judge
Lisa Pupo Lenihan

**JURY TRIAL DEMANDED**

**42  U.S.C. 1983**

## _SECOND AMENDED COMPLAINT_

**NOW COMES** your Plaintiff, **JOHN GAGLIARDI,** to respectfully aver the

following in support of this Second Amended Complaint.

## _PARTIES_

1.     The Plaintiff **JOHN GAGLIARDI**, resides at 735 Waddell Avenue,

City of Clairton, Pa.  15025 and operates an industrial park at 191 Wall Rd.,

Borough of Jefferson Hills, Pa. 15025.

2.      The Defendant is the **COUNTY OF ALLEGHENY**, a
Commonwealth political subdivision, with offices located in the old County
Courthouse, 436 Grant Street, Pittsburgh, Pa. 15219.

3.      The Defendant **CALVIN LIGHTFOOT** formerly served as the
Allegheny County Jail Warden and whose office address was 950 Second
Avenue, Pittsburgh, Pa. 15219.

4.      The Defendant **FRED ROSEMEYER** later served as the Acting
Warden at same address.

5.      The Defendant **DAN ONORATO** presently serves as the County
Chief Executive, Room 10, 436 Grant Street, Pittsburgh, Pa. 15219.

6.      The Defendant **JAMES C. RODDEY** formerly served as the County
Chief Executive, Room 10, 436 Grant Street, Pittsburgh, Pa. 15219.

7.      The Defendant **JOHN DOE** is a black male Allegheny County
Correctional Officer who worked on July 22, 2003 during the entry processing of
your Plaintiff into the Allegheny County Jail on that day and who remarked to
your Plaintiff that he (Gagliardi) was identified as an extortionist from records

dating from the 1978 or 1979 period.

8.     The Defendant **JANE DOE** is a black female Allegheny County
Correctional Officer who worked on July 22, 2003 during the entry processing of
your Plaintiff into the Allegheny County Jail on that day and who had identified
your Plaintiff as an extortionist.

9.     The Defendant **JACK DOE** is a white male ACHS Medical
Technician who worked on July 22, 2003 during the entry processing of your
Plaintiff into the Allegheny County Jail on that day and who examined the
medications found upon the person of your Plaintiff before discarding them.

10.     The Defendant **JILL DOE** is a white female ACHS Medical
Technician who worked on July 22, 2003 during the entry processing of your
Plaintiff into the Allegheny County Jail on that day and who examined the
medications found upon the person of your Plaintiff before discarding them.

11.     The Defendant **ALLEGHENY CORRECTIONAL HEALTH
SERVICES, INC.** (ACHS) is a Pennsylvania non-stock, non-profit corporation
which claims to be (somewhat ironically) organized for "charitable purposes".

12.     The Defendant **DR. BRUCE W. DIXON** is the President of ACHS.
President Dixon is also the Director of the Allegheny County Health Department.

Articles of Incorporation establishing ACHS were filed with the Pennsylvania Department of State in 2000.

## *JURISDICTION*

13.     Subject matter jurisdiction is found through Title 42 § 1983.

14.     Territorial jurisdiction and venue is found through 28 U.S.C. 118.

15.     In addition, related state law tort claims and contract claims are included pursuant to the doctrine of pendant jurisdiction and supplemental jurisdiction, 28 U.S.C. 1367.

## *FACTS OF THE CASE*

16.     On July 22, 2003, your Plaintiff was arrested by Special Agents of the Bureau of Criminal Investigation for the Office of Pennsylvania Attorney General and haled before District Justice Mary Grace Boyle, who arraigned me on charges of forgery and criminal attempt to commit theft.

17.     In lieu of an unaffordable bail that she imposed upon me, your Plaintiff was taken by two Pennsylvania State Constables (whose names remain unknown to me) into the Allegheny County Jail.

18.    This commitment to jail was made in spite of your Plaintiff having no personal history of criminal convictions, or of drug addictions or alcoholism and in spite of owning substantial local realty and being a lifelong resident of the Clairton, Jefferson Hills Borough area.

19.    While being processed into the jail, your Plaintiff was found to have a plastic pill container of prescription medications upon his person that are taken for a variety of ailments, including diabetes and a cardiac condition.

20.    Correctional officers confiscated the medications, delivering them to the Jail medical infirmary for their examination.

21.    Only after your Plaintiff had commenced litigation and had begun discovery did the counsel for Allegheny County advise your Plaintiff and the Court that a separate entity **ALLEGHENY CORRECTIONAL HEALTH SERVICES, INC.** had been delegated specific duties with respect to inmate medical care.  The fact of this delegation is not apparent to incoming inmates.

22.    The medications included:  Accupril, 10 mg., Metformin Hcl, 500 mg. tablet, Lipitor, 20 mg. tablet, Metoprolol, 50 mg. tablet, Furosemide, 40 mg. tablet, Glyburide Micro, 3 mg. tablet, Lanoxin, 125 mcg. tablet, One Touch Ultra Test, ST.  **See Pharmacy List, Exhibit No. 1.**

23.    ACHS medical technicians questioned your Plaintiff about the medications, and were instructed by your Plaintiff to contact Dr. Gabriel DeMedio of 1111 McKinley Drive, Clairton, Pa. 15025 (412) 233-4301.

24.    The ACHS medical technicians were then advised both by Dr. DeMedio and your Plaintiff to confirm your Plaintiff's prescriptions with Rite Aid Pharmacy of 623 St. Clair Avenue, Clairton, Pa. 15025 (412)233-2703), the exclusive supplier of your Plaintiff's prescription needs.

25.    Rather than allow your Plaintiff to continue using my own prescribed medicines in accordance with the instructions of my attending physicians Dr. Ingrid A. Holman, M.D., 1001 Weigles Hill Rd., Elizabeth, Pa. 15037 (412) 384-8070 and Dr. Rodney C. Lipman, M.D., South Hills Medical Building, Suite 210, 575 Coal Valley Rd., Clairton, Pa. 15025 (412) 469-7788, the medical technicians threw my medicines away, stating that they would determine what, if any, medications I would receive.

26.    Thus, your Plaintiff was effectively denied the possession and use of any prescription medication on July 22 and July 23, 2003.

27.    Only on the early afternoon of July 24, 2003, almost immediately before being processed out of the County Jail, did your Plaintiff begin to receive any of the prescribed medicines.

28.     Your Plaintiff's health regimen was profoundly disrupted by this totally unnecessary interruption of usage.

29.     Moreover, while being processed and fingerprinted into the Jail, **JANE DOE** was overheard by your Plaintiff discussing my case with **JOHN DOE** and referring to me as an extortionist.

30.     Upon hearing this, I asked **JOHN DOE**  where this information had come from and specifically requested a copy of the documentation connecting me to any offenses involving extortion.

31.     Correctional officers **JOHN DOE** and **JANE DOE** expressly declined to share any of their records mentioning me with me.

32.     **JOHN DOE** did state that I did not need to worry about the extortionist label because the matter pertained to activities occurring in 1979.

33.     Your Plaintiff has no history of either arrests or convictions by either federal, state or local law enforcement agencies with respect to extortion of any kind.

34.     In 1979, your Plaintiff was a whistleblower, trying to do the decent thing, attempting to interest federal, state, county and local authorities in

prosecuting a fraudulent scheme that he discovered occurring at the USI Industrial Park which was being conducted by officers, employees and agents of the American Telephone and Telegraph Company / Bell systems.  During this time your Plaintiff was interfacing with both the Pennsylvania Public Utilities Commission as well as the Pennsylvania Attorney General's office. Strangely enough, Kenneth Nye emerged as the contact person for both state agencies, even becoming transferred from one agency to another and thus controlling both state investigations. **See Averment No. 55**.


35.    Your Plaintiff, only by virtue of a Freedom of Information Act civil action unsealing ordered by United States District Judge Gary L. Lancaster in March 2002, i.e. ***Gagliardi v U.S. Department of Justice***, Civ. No. 90-1379 (W.D. Pa.) learned that the Federal Bureau of Investigation had in 1978 and 1979 investigated your Plaintiff for extortionate behavior within the meaning of the Hobbs Act, 18 U.S.C. 1951, but that the United States Department of Justice declined to venture a prosecution.


36.    On April 1, 1996, Deputy Warden James Longmore issued a memorandum regarding general intake procedures for inmates to be used by the County Jail and this memorandum apparently represents the policy that remained in effect throughout July 22-24, 2003.  **See Memorandum Exhibit No. 2.**

37.   At all times pertinent, former Warden **CALVIN LIGHTFOOT** was responsible for the implementation and continuation of the policy that resulted in the deprivations and concealments complained of, i.e. the July 22 - 24 period.

38.   At all times pertinent, former Acting Warden **FRED ROSEMEYER** was responsible for the irresponsible perpetuation of the policies that continue the fraudulent and wasteful practices complained of and the unlawful concealment of information, despite complaints against the policy and requests for same by your Plaintiff.

39.   Despite entreaties by your Plaintiff, the Allegheny County Jail has not openly or responsively addressed these issues, even the matter regarding prescribed controlled substances being discarded by jail personnel purportedly into the garbage can but obviously capable of illicit diversion.

40.   At all times pertinent, former County Chief Executive **JAMES C. RODDEY** was responsible as the ultimate supervisor and county policymaker for the continuation of the policy that resulted in the deprivations and concealments complained of, i.e. the July 22 - 24, 2003 period.

41.   The apparent policy requirement that the original medications of incoming inmates be discarded implicates security concerns that has corrupted

jail personnel with access to discarded medications.

42.    At all times pertinent, County Chief Executive **DAN ONORATO** is responsible for the irresponsible continuation of the policies that perpetuate the fraudulent and wasteful practices complained of and the unlawful concealment of information.

43.    Soon after your Plaintiff's discharge from the jail, an Allegheny County Common Pleas Grand Jury was convened at least partly to inquire into patterns of law breaking by officers and employees working at the jail.  Judge Lawrence O'Toole was supervisory judge for this grand jury. One of the problems probed involved the illicit diversion of patient medications and the bribery and/ or coercion of inmates with those medications.

44.    On April 21, 2004, your Plaintiff was discharged from the criminal offenses that initially had committed me to jail by the grant of a Petition for Writ of *Habeas Corpus* issued by the same Honorable Judge Lawrence J. O'Toole of the Court of Common Pleas.

### ***THEORY OF CLAIM***

45.    A cause of action arises under the Civil Rights Act for redress of your Plaintiff's federally protected civil rights which were violated by the defendants acting under color of state law, **42 U.S.C. 1983.**

46.    Your Plaintiff, as an incoming unsentenced inmate coming into the Allegheny County Jail, is indisputably entitled to maintain ultimate ownership of any non-contraband property discovered upon his person, whether or not there are legitimate penological reasons for not permitting me to maintain actual dominion and control over this property while remaining in custody.

47.    However arguably *de minimus*, your Plaintiff has been deprived of valuable property necessary for the maintenance of my health without Fourteenth Amendment procedural due process of law.   No just compensation was offered or given to me for this deprivation.

48.    As pretrial detainee, your Plaintiff has also been subjected to an unreasonable seizure of his property as guaranteed by the Fourteenth Amendment.

49.    As such, your Plaintiff is also entitled to Fourteenth Amendment protections against cruel and unusual punishment and for deliberate indifference to serious medical needs. ***Estelle v Gamble,*** 429 US 97 (1976).

50.    Your Plaintiff objects to the confiscation practice because it both needlessly wastes the personal property of unsentenced prisoners, **while declining to fully replace any property that is destroyed**, particularly if

prisoners are discharged from confinement before they have used an amount of medicine equivalent to the medicine initially destroyed.

51.     Following release from the jail, your Plaintiff nonetheless lost an irreplaceable supply of medications for about a week since their premature refilling is prohibited.

52.     This confiscation of medications without full replacement constitutes a cognizable species of common law conversion.

53.     Your Plaintiff, although being a person victimized by the apparent policy of medication disposal could not receive written access to the County guidelines with respect to this plan prior to commencing discovery in this litigation.

54.     The characterization of your Plaintiff as an extortionist by correctional personnel was traumatic under the circumstances and constitutes negligent and/or intentional infliction of severe emotional distress, since this imposition was coupled with the deprivation of prescription medication that evening.  Your Plaintiff was peculiarly vulnerable to being unfairly labeled there.

55.     It is believed and therefore averred that in a manner yet not apparent to your Plaintiff, Supervisory Special Agent Kenneth Nye of the Bureau

of Criminal Investigation for the Office of Pennsylvania Attorney General  may have improperly induced the Defendants to impose a characterization of extortionist upon your Plaintiff while incarcerated in the Jail.  **See Averment number  34 and see Exhibit 3 Inventory Search Logs (Kenneth Nye), Exhibit 4 PPG Special Report 7/27/1981, Exhibit 5 letter of May 16, 1978 (Nye), Exhibit 6 letter of January 11, 1979, Exhibit 7 letter of January 11, 1979, Exhibit 8 letter of September 10, 1985 and Exhibit 9 letter of August 24, 1988 (Nye), and**

56.    Your Plaintiff has standing to review, challenge, correct and appeal the accuracy and completeness of my criminal history record information pursuant to 18 Pa. C.S. 9551 et. seq.

57.    It is believed and therefore averred that the extortionist characterization contained within the County Jail files will be replete with untrue and misleading information and further that the source of such misinformation might become unequivocally identifiable.

58.    As the ultimate policymakers for the County, Defendants County Executive **JAMES C. RODDY** and later **DAN ONORATO** have become liable for their failure to train, supervise and discipline the other Defendant persons named in this action with respect to their violation of rights and commission of torts.

59.   As the Wardens of the Allegheny County Jail, **CALVIN LIGHTFOOT** and later **FRED ROSEMEYER** have become liable for their failure to train, supervise and discipline the other Defendant persons named in this action with respect to their violation of rights and commission of torts.

60.   As the Chief Executive Officer of ACHS as well as the Director of the Allegheny County Health Department, **DR. BRUCE W. DIXON** has become liable for their failure to train, supervise and discipline the other Defendant persons named in this action with respect to their violation of rights and commission of torts.

61.   I request and reserve the right to amend this complaint where necessary to make further claims reasonably related to those herein and I waive no rights related to the matters within.

**WHEREFORE**, your Plaintiff **JOHN GAGLIARDI** respectfully requests that a judgment be granted by the United States District Court for the Western District of Pennsylvania to include the following relief against the Defendants, whether jointly and severally or individually, in their public and private capacities:

a).   **AWARD** of actual damages to compensate for both the property lost and the detriment to my health resulting from the County practice in an amount exceeding $75,000.00;

b).   **DISCLOSURE** of the information wrongfully concealed by the public actors which pertains to the extortion investigation of 1979;

c).   **AWARD** of punitive damages to deter future abuses of office by public officers and employees sworn to obey the Constitutions of the United States and Pennsylvania in an amount exceeding $75,000.00.

d).   **AWARD** of all costs of filing, serving and duplication associated with the prosecution of this action.

e).   **AWARD** any other relief as deemed appropriate by the Court.

**JURY TRIAL DEMANDED.**

Respectfully submitted,

Date: _11-10-05_

John Gagliardi, Plaintiff
191 Wall Rd.
Jefferson Hills, Pa.  15025
(412)812-4590

### VERIFICATION

I hereby verify that the above statements of fact are true and correct to the best of my knowledge, and belief, and that false statements herein could subject me to the penalties of perjury in Title 18, Section 1621, as well as any other relevant provisions of the Federal Criminal Code.

Respectfully submitted,

Date: _11-10-05_

John Gagliardi
191 Wall Rd.
Jefferson Hills, Pa.  15025
(412)812-4590

## ***CERTIFICATE OF SERVICE***

I hereby certify that I served a true and correct copy of this Second

Amended Complaint by first class U.S. mail or hand delivery addressed to:

R.V. Barth, Clerk of the Court
United States District Court, Western District of Pennsylvania
Third Floor, U.S. Courthouse
7th and Grant Streets
Pittsburgh, Pa.  15219

U.S. Magistrate Judge Lisa Pupo Lenihan
United States District Court, Western District of Pennsylvania
U.S. Courthouse
7th and Grant Streets
Pittsburgh, Pa.  15219

U.S. District Judge David Stewart Cercone
United States District Court, Western District of Pennsylvania
U.S. Courthouse
7th and Grant Streets
Pittsburgh, Pa.  15219

Caroline Liebenguth, Assistant County Solicitor
Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard
Pittsburgh, Pa.  15219

Michael E. Giblin, Esq.
Swartz Campbell LLC
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Respectfully submitted,

*John Gagliardi*

John Gagliardi, Plaintiff

Date: 11 - 10 - 05

191 Wall Rd.
Jefferson Hills, Pa.  15025
(412)812-459

10/05/05
14:39:39

PAGE:  1

RITE AID- 623 ST CLAIR AVE
623 SAINT CLAIR AVENUE
CLAIRTON, PA. 15025-1436
(412) 233-2703

CUSTOMER HISTORY REPORT
06/01/03 TO 10/05/05

GAGLIARDI, JOHN
735 WADDELL AVE
CLAIRTON, PA. 15025-1542
(412) 812-4590

# Exhibit 2

| RX CF | RF | DATE | NDC | PH INIT | DESCRIPTION / CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 187487 |   | 06/01/03 | 0006942203 0 | HHN | VIAGRA 100 MG TABLET / 7N9H3EP | 6.00 | 6 | $64.99 | $30.00 | DEMEDIO, GABRIEL | TAKE AS DIRECTED | 03200 |
| 185847 | 1 | 06/19/03 | 0007105302 3 | HHN | ACCUPRIL 10 MG TABLET / 7PP9MPET | 30.00 | 30 | $55.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 169636 | 8 | 06/19/03 | 0017302425 | RBD | LANOXIN 125 MCG TABLET / 0X3LM0K | 30.00 | 30 | $11.99 | $7.56 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 179377 | 3 | 06/19/03 | 0009307331 | RBD | METOPROLOL 50 MG TABLET / 5FDLTRH | 60.00 | 30 | $22.99 | $6.24 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 179319 | 4 | 06/19/03 | 0078119661 0 | RBD | FUROSEMIDE 40 MG TABLET / 0X3LMAD | 30.00 | 30 | $10.99 | $4.34 | LIPMAN, RODNEY | TAKE 1 TABLET DAIL | 03200 |
| 189107 |   | 06/20/03 | 0007101562 3 |   | LIPITOR 20 MG TABLET / SFED03M | 30.00 | 30 | $127.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 189346 |   | 06/24/03 | 0017243316 0 | JUM | METFORMIN HCL 500 MG TA / SFKTKHP | 90.00 | 30 | $59.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 190567 |   | 07/10/03 | 5537001470 7 | JUM | GLYBURIDE MICRO 3 MG TA / SFE799 | 60.00 | 30 | $27.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET TWIC | 03200 |
| 191897 |   | 07/26/03 | 0007105302 3 | JUM | ACCUPRIL 10 MG TABLET / 03X0KA0 | 30.00 | 30 | $55.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 191896 |   | 07/26/03 | 0017243316 0 | JUH | METFORMIN HCL 500 MG TA / ONFUPFU | 90.00 | 30 | $59.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 187487 | 1 | 07/26/03 | 0006942203 0 | JUH | VIAGRA 100 MG TABLET / 7R3KAEQ | 4.00 | 4 | $53.99 | $30.00 | DEMEDIO, GABRIEL | TAKE AS DIRECTED | 03200 |
| 189107 | 1 | 07/26/03 | 0007101562 3 | JUH | LIPITOR 20 MG TABLET / SKAPINR | 30.00 | 30 | $127.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 179319 | 5 | 07/26/03 | 0078119661 0 | JUH | FUROSEMIDE 40 MG TABLET / ONFAU13 | 30.00 | 30 | $10.99 | $4.34 | LIPMAN, RODNEY | TAKE 1 TABLET DAIL | 03200 |
| 179377 | 4 | 07/26/03 | 0009307331 0 | JUH | METOPROLOL 50 MG TABLET / SKAPIMM | 60.00 | 30 | $22.99 | $6.24 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 169636 | 9 | 07/26/03 | 0017302425 1 | JUH | LANOXIN 125 MCG TABLET / ONFUN30 | 30.00 | 30 | $11.99 | $7.56 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 190567 | 1 | 08/11/03 | 5537001470 7 | JUM | GLYBURIDE MICRO 3 MG TA / SFSNPXFT | 60.00 | 30 | $27.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET TWIC | 03200 |
| 191896 | 1 | 08/21/03 | 0017243316 0 | JUM | METFORMIN HCL 500 MG TA / SFQPRKMT | 90.00 | 30 | $59.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 191897 | 1 | 08/21/03 | 0007105302 3 | JUH | ACCUPRIL 10 MG TABLET / FTEXIVX | 30.00 | 30 | $49.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 189107 | 2 | 08/21/03 | 0007101562 3 | JJM | LIPITOR 20 MG TABLET / O9EEDFQ | 30.00 | 30 | $127.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |

* * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * *
* * * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * * * * * * * *.

```
10/05/05                                                                                    PAGE:  2
14:39:39
                              RITE AID-623 ST CLAIR AVE
                              623 SAINT CLAIR AVENUE
                              CLAIRTON  PA 15025-1436
                                (412) 233-2703

                              CUSTOMER HISTORY REPORT

GAGLIARDI, JOHN
```

| RX CF | RF | DATE | NDC / PH INIT | DESCRIPTION / CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 169636 | 10 | 08/21/03 | 0017302425 JUM | LANOXIN 125 MCG TABLET 7WFTELK | 30.00 | 30 | $12.99 | $7.56 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 179377 | 5 | 08/21/03 | 0009307331 JUM | METOPROLOL 50 MG TABLET 7WFTELF | 60.00 | 30 | $22.99 | $6.24 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 193934 |  | 08/21/03 | 5388502451 JUM | ONE TOUCH ULTRA TEST ST 5XNMST | 100.00 | 30 | $86.99 | $20.00 | DEMEDIO, GABRIEL | AS DIRECTED | 03200 |
| 193933 |  | 08/21/03 | 0078119661 JUM | FUROSEMIDE 40 MG TABLET 5XNMEKAU | 30.00 | 30 | $10.99 | $4.34 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 190567 | 2 | 09/09/03 | 5537001470 JUM | GLYBURIDE MICRO 5 MG TA SMLPGU | 60.00 | 30 | $27.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET TWIC | 03200 |
| 191897 | 2 | 09/11/03 | 0007105302 JUM | ACCUPRIL 10 MG TABLET STARUI | 30.00 | 30 | $49.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 191896 | 2 | 09/11/03 | 0017243316 JUM | METFORMIN HCL 500 MG TA OMMDMF | 90.00 | 30 | $59.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 189107 | 3 | 09/11/03 | 0007105623 JUM | LIPITOR 20 MG TABLET SPADUF | 30.00 | 30 | $127.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 179377 | 6 | 09/11/03 | 0009307331 JUM | METOPROLOL 50 MG TABLET 5KMVTI | 60.00 | 30 | $22.99 | $7.09 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 169636 | 11 | 09/11/03 | 0017302425 JUM | LANOXIN 125 MCG TABLET COMDMY | 30.00 | 30 | $12.99 | $7.74 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 193933 | 1 | 09/11/03 | 0078119661 JUM | FUROSEMIDE 40 MG TABLET COMNTMAU | 30.00 | 30 | $10.99 | $5.19 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 190567 | 3 | 10/07/03 | 5537001470 JUM | GLYBURIDE MICRO 5 MG TA CO9CPQ | 60.00 | 30 | $27.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET TWIC | 03200 |
| 198008 |  | 10/12/03 | 0006942203 HHN | VIAGRA 100 MG TABLET 7JB05U | 6.00 | 34 | $64.99 | $30.00 | DEMEDIO, GABRIEL | TAKE AS DIRECTED | 03200 |
| 199029 |  | 10/23/03 | 6279401450 JUM | DIGITEK 125 MCG TABLET CDP1A | 30.00 | 30 | $11.99 | $7.67 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 193933 | 2 | 10/23/03 | 0078119661 JUM | FUROSEMIDE 40 MG TABLET CWACKXU | 30.00 | 30 | $10.99 | $5.19 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 193934 | 1 | 10/23/03 | 5388502451 JUM | ONE TOUCH ULTRA TEST ST FW9AEQ | 100.00 | 30 | $86.99 | $20.00 | DEMEDIO, GABRIEL | AS DIRECTED | 03200 |
| 191896 | 3 | 10/23/03 | 0017243316 JUM | METFORMIN HCL 500 MG TA 00MP1Q | 90.00 | 30 | $59.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 191897 | 3 | 10/23/03 | 0007105302 JUM | ACCUPRIL 10 MG TABLET 0DP1UQ | 30.00 | 30 | $49.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 189107 | 4 | 10/23/03 | 0007105623 JUM | LIPITOR 20 MG TABLET 0DP1UQ | 30.00 | 30 | $127.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 179377 | 7 | 10/23/03 | 0009307331 JUM | METOPROLOL 50 MG TABLET 0DP0SU | 60.00 | 30 | $22.99 | $7.09 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 200263 |  | 11/08/03 | 5537001470 HHN | GLYBURIDE MICRO 3 MG TA SQREECF | 60.00 | 30 | $27.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET TWIC | 03200 |
| 198008 | 1 | 11/21/03 | 0006942203 JNH | VIAGRA 100 MG TABLET OXQQKPN | 6.00 | 34 | $59.99 | $30.00 | DEMEDIO, GABRIEL | TAKE AS DIRECTED | 03200 |

* * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * * *
* * * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * * *

10/05/05
14:39:39

RITE AID-623 ST CLAIR AVE
623 SAINT CLAIR AVENUE
CLAIRTON, PA 15025-1436
(412) 233-2703

CUSTOMER HISTORY REPORT

GAGLIARDI, JOHN

| RX CF | RF | DATE | NDC PH INIT | DESCRIPTION / CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 193933 | 3 | 11/21/03 | 00781196610 JNH | FUROSEMIDE 40 MG TABLET 79EDF73 | 30.00 | 30 | $10.99 | $5.19 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 189107 | 5 | 11/21/03 | 00071015623 JNH | LIPITOR 20 MG TABLET 5RK0950 | 30.00 | 30 | $104.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 179377 | 8 | 11/21/03 | 00093073310 JNH | METOPROLOL 50 MG TABLET 8M0P1 | 60.00 | 30 | $22.99 | $7.09 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 201582 | | 11/24/03 | 00172433160 JNH | METFORMIN HCL 500 MG TA 790HC7 | 90.00 | 30 | $59.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 201581 | | 11/24/03 | 62794014501 JNH | DIGITEK 125 MCG TABLET XP0H | 30.00 | 30 | $11.99 | $7.67 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 201580 | | 11/24/03 | 00071053023 JUM | ACCUPRIL 10 MG TABLET X1INHC | 30.00 | 30 | $49.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 200263 | 1 | 12/10/03 | 55370014701 JUM | GLYBURIDE MICRO 3 MG EHZ | 60.00 | 30 | $27.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET TWIC | 03200 |
| 198008 | 2 | 12/24/03 | 00069422030 JNH | VIAGRA 100 MG TABLET FH9ANT | 6.00 | 34 | $59.99 | $30.00 | DEMEDIO, GABRIEL | TAKE AS DIRECTED | 03200 |
| 193933 | 4 | 12/24/03 | 00781196610 JNH | FUROSEMIDE 40 MG TABLET 9HNRODT | 30.00 | 30 | $8.99 | $5.19 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 201580 | 1 | 12/24/03 | 00071053023 JNH | ACCUPRIL 10 MG TABLET 9CHROROT | 30.00 | 30 | $44.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 201582 | 1 | 12/24/03 | 00172433160 JNH | METFORMIN HCL 500 MG TA 9CAE3 | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 179377 | 9 | 12/24/03 | 00093073310 JNH | METOPROLOL 50 MG TABLET 9H9RRA | 60.00 | 30 | $22.99 | $7.09 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 189107 | 6 | 12/24/03 | 00071015623 JNH | LIPITOR 20 MG TABLE 9H9RNF | 30.00 | 30 | $104.99 | $59.13 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 204298 | | 12/26/03 | 62794014501 JUM | DIGITEK 125 MCG TABLET 9CCA3X3 | 30.00 | 30 | $11.99 | $7.67 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 204995 | | 01/03/04 | 55370014701 JUM | GLYBURIDE MICRO 3 MG TA 9XDLQA | 100.00 | 34 | $44.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 179377 | 10 | 01/19/04 | 00093073310 JUM | METOPROLOL 50 MG TABLET 9MTP7 | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 189107 | 7 | 01/21/04 | 00071015623 JUM | LIPITOR 20 MG TABLE 9DKFCHT | 30.00 | 30 | $108.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 201582 | 2 | 01/21/04 | 00172433160 SMR | METFORMIN HCL 500 MG TA SXRELFX | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 201580 | 2 | 01/21/04 | 00071053023 SMR | ACCUPRIL 10 MG TABLET ST3YXAH | 30.00 | 30 | $48.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 204298 | 1 | 01/21/04 | 62794014501 SMR | DIGITEK 125 MCG TABLET SXREEDQ | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 193933 | 5 | 01/21/04 | 00781196610 SMR | FUROSEMIDE 40 MG TABLET OL9KAD | 30.00 | 30 | $8.99 | $3.59 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 193934 | 2 | 01/21/04 | 53885024510 SMR | ONE TOUCH ULTRA TEST ST 9DMTR33 SXREEM7 | 100.00 | 30 | $86.99 | $20.00 | DEMEDIO, GABRIEL | AS DIRECTED | 03200 |

* * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * *
* * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * * *

```
10/05/05                                                                                    PAGE:   4
14:39:39
                              RITE AID-623 ST CLAIR AVE
                              623 SAINT CLAIR AVENUE
                              CLAIRTON, PA 15025-1436
                              (412) 233-2703

                              CUSTOMER HISTORY REPORT
```

GAGLIARDI, JOHN

| RX CF | RF | DATE | NDC / PH INIT | DESCRIPTION / CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 204995 | 1 | 02/07/04 | 5537001470 / SMR | GLYBURIDE MICRO 3 MG TA O9WNTE7 | 100.00 | 34 | $44.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 208415 |   | 02/11/04 | 0017243316 / SMR | METFORMIN HCL 500 MG TA O9WQ9RQ | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 208417 |   | 02/11/04 | 0078119661 / SMR | FUROSEMIDE 40 MG TABLET OEPDQLW | 30.00 | 30 | $8.99 | $3.59 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 208416 |   | 02/11/04 | 0007105302 / SMR | ACCUPRIL 10 MG TABLET OMMNRW7 | 30.00 | 30 | $48.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 204298 | 2 | 02/11/04 | 6279401450 / SMR | DIGITEK 125 MCG TABLET OMMNELT | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 189107 | 8 | 02/11/04 | 0007101562 / SMR | LIPITOR 20 MG TABLET OMMNEZT | 30.00 | 30 | $108.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 179377 | 11 | 02/11/04 | 0009307331 / SMR | METOPROLOL 50 MG TABLET O97TAAC | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 193934 | 3 | 02/12/04 | 5388502451 / SMR | ONE TOUCH ULTRA TEST OMMNCSCP ST | 100.00 | 30 | $86.99 | $20.00 | DEMEDIO, GABRIEL | AS DIRECTED | 03200 |
| 204298 | 3 | 03/12/04 | 6279401450 / SMR | DIGITEK 125 MCG TABLET O3WQTKK | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 208416 | 1 | 03/12/04 | 0007105302 / SMR | ACCUPRIL 10 MG TABLET O9A9CLH | 30.00 | 30 | $48.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 208417 | 1 | 03/12/04 | 0078119661 / SMR | FUROSEMIDE 40 MG TABLET OPAF7ZI | 30.00 | 30 | $8.99 | $3.59 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 208415 | 1 | 03/12/04 | 0017243316 / SMR | METFORMIN HCL 500 MG TA OPAF7NE | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 189107 | 9 | 03/12/04 | 0007101562 / SMR | LIPITOR 20 MG TABLET OPAF7KH | 30.00 | 30 | $112.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 210885 |   | 03/13/04 | 0009307331 / SMR | METOPROLOL 50 MG TABLET OPAF7EI | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 210884 |   | 03/13/04 | 5537001470 / JUM | GLYBURIDE MICRO 3 MG TA 9HQ33T | 100.00 | 34 | $44.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 210884 | 1 | 04/09/04 | 5537001470 / JUM | GLYBURIDE MICRO 3 MG TA OCPKLHF | 100.00 | 34 | $44.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 210957 |   | 04/16/04 | 0009307331 / JUM | METOPROLOL 50 MG TABLET 9KNA9AQ | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 213824 |   | 04/16/04 | 5388502451 / JUM | ONE TOUCH ULTRA TEST OQXDKQ9 ST | 100.00 | 30 | $86.99 | $20.00 | DEMEDIO, GABRIEL | AS DIRECTED | 03200 |
| 208415 | 2 | 04/16/04 | 0017243316 / JUM | METFORMIN HCL 500 MG TA 9KXTTTN | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 208417 | 2 | 04/16/04 | 0078119661 / JUM | FUROSEMIDE 40 MG TABLET F9WQLPW | 30.00 | 30 | $8.99 | $3.59 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 208416 | 2 | 04/16/04 | 0007105302 / JUM | ACCUPRIL 10 MG TABLET F9WQLPH | 30.00 | 30 | $48.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 204298 | 4 | 04/16/04 | 6279401450 / J3M | DIGITEK 125 MCG TABLET S99ETH3 OQXDKXA | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |

```
* * * * * * * *   THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * * *
* * * * * * * *   THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * * *
```

10/05/05
14:59:39

PAGE: 5

RITE AID-623 ST CLAIR AVE
623 SAINT CLAIR AVENUE
CLAIRTON PA 15025-1436
(412) 233-2703

CUSTOMER HISTORY REPORT

GAGLIARDI, JOHN

| RX CF | RF | DATE | NDC PH INIT | DESCRIPTION CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 189107 | 10 | 04/16/04 | 00071015623 JUM | LIPITOR 20 MG TABLET F9WQLET | 30.00 | 30 | $118.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 189107 | 11 | 05/14/04 | 00071015623 JUM | LIPITOR 20 MG TABLET F9ABLF3 | 30.00 | 30 | $118.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 204298 | 5 | 05/14/04 | 62794014501 JUM | DIGITEK 125 MCG TABLET 6QMDF73 SCKN3P | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 208415 | 3 | 05/14/04 | 00172433160 JUM | METFORMIN HCL 500 MG TA 5L3AGC | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 208417 | 3 | 05/14/04 | 00781196610 JUM | FUROSEMIDE 40 MG TABLET 0DMKXA | 30.00 | 30 | $8.99 | $3.59 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 210957 | 1 | 05/14/04 | 00093073310 JUM | METOPROLOL 50 MG TABLET QFQAQLT | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 216177 | 3 | 05/14/04 | 00071053023 SMR | ACCUPRIL 10 MG TABLET QFQ2W3F TA | 30.00 | 30 | $50.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 216131 | | 05/14/04 | 62530461103 JUM | GLYBURIDE MICRO 3 MG OTDMKXC | 100.00 | 34 | $44.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 218491 | | 06/10/04 | 00071015623 JUM | LIPITOR 20 MG TABLET SDQ3EN7 | 30.00 | 30 | $118.99 | $20.00 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 219057 | | 06/17/04 | 00071053023 JUM | ACCUPRIL 10 MG TABLET DD73LD TA | 30.00 | 30 | $50.99 | $21.50 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 216131 | 1 | 06/17/04 | 62530461103 JUM | GLYBURIDE MICRO 3 MG 9NWQQH TA | 100.00 | 34 | $44.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 219060 | | 06/17/04 | 00172433160 JUM | METFORMIN HCL 500 MG TA 53JPH1 | 90.00 | 30 | $60.99 | $25.18 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 219059 | | 06/17/04 | 00781196610 JUM | FUROSEMIDE 40 MG TABLET 53JPHF1 | 30.00 | 30 | $8.99 | $3.59 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 210957 | 2 | 06/17/04 | 00093073310 JUM | METOPROLOL 50 MG TABLET SD77A1 | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 204298 | 6 | 06/17/04 | 62794014501 JUM | DIGITEK 125 MCG TABLET OKEADR1 | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 204298 | 7 | 07/13/04 | 62794014501 AER | DIGITEK 125 MCG TABLET SFCVLQ0 | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 210957 | 3 | 07/13/04 | 00093073310 AER | METOPROLOL 50 MG TABLET QX3JPQ1 | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 219057 | 1 | 07/13/04 | 00071053023 AER | ACCUPRIL 10 MG TABLET OLK1XKR | 30.00 | 30 | $50.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 219059 | 1 | 07/13/04 | 00781196610 AER | FUROSEMIDE 40 MG TABLET 9PTHK7C | 30.00 | 30 | $8.99 | $3.59 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 219060 | 1 | 07/13/04 | 00172433160 AER | METFORMIN HCL 500 MG TA 9PTHK3X | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 221750 | | 07/22/04 | 00071015623 JUM | LIPITOR 20 MG TABLET 531WTQK | 30.00 | 30 | $118.99 | $20.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET EVER | 03200 |
| 221751 | | 07/22/04 | 62530461103 JJM | GLYBURIDE MICRO 3 MG TA HDAPPFF | 90.00 | 30 | $40.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |

* * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * *
* * * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * *

```
10/05/05                                                                                    PAGE:  6
14:39:39
```

RITE AID-623 ST CLAIR AVE
623 SAINT CLAIR AVENUE
CLAIRTON, PA 15025-1436
(412) 233-2703

CUSTOMER HISTORY REPORT

GAGLIARDI, JOHN

| RX CF | RF | DATE | NDC / PH INIT | DESCRIPTION / CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 219060 | 2 | 08/14/04 | 0017243316 JJM | METFORMIN HCL 500 MG TA Q3L9XHC | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 223510 |  | 08/14/04 | 6725304611 JJM | GLYBURIDE MICRO 3 MG TA 9RMDTK | 100.00 | 34 | $44.99 | $12.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 219059 | 2 | 08/14/04 | 0078119661 JJM | FUROSEMIDE 40 MG TABLET QM17PPET | 30.00 | 30 | $8.99 | $3.59 | DEMEDIO. GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 219057 | 2 | 08/14/04 | 0007105302 JJM | ACCUPRIL 10 MG TABLET 9RMNDP | 30.00 | 30 | $50.99 | $20.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 210957 | 4 | 08/14/04 | 0009307331 JJM | METOPROLOL 50 MG TABLET QM17RRT | 60.00 | 30 | $22.99 | $5.49 | LIPMAN. RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 204298 | 8 | 08/14/04 | 6279401450 JJM | DIGITEK 125 MG TABLET QM17FR3 | 30.00 | 30 | $11.99 | $6.07 | LIPMAN. RODNEY | TAKE 1 TABLET EVER | 03200 |
| 213824 | 1 | 08/20/04 | 5388502451 JJM | ONE TOUCH ULTRA TEST SH3XELT | 100.00 | 30 | $89.99 | $20.00 | DEMEDIO. GABRIEL | AS DIRECTED | 03200 |
| 221750 | 1 | 08/20/04 | 0007101562 JJM | LIPITOR 20 MG TABLET SH3XC7 | 30.00 | 30 | $118.99 | $20.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET EVER | 03200 |
| 219060 | 3 | 09/14/04 | 0017243316 SMR | METFORMIN HCL 500 MG TA 0077AQC | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 223510 | 1 | 09/14/04 | 6725304611 SMR | GLYBURIDE MICRO 3 MG TA SLAIQIR | 100.00 | 34 | $44.99 | $12.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 219057 | 3 | 09/14/04 | 0007105302 SMR | ACCUPRIL 10 MG TABLET 0077AQL | 30.00 | 30 | $50.99 | $20.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 219059 | 3 | 09/14/04 | 0078119661 SMR | FUROSEMIDE 40 MG TABLET OPH190T | 30.00 | 30 | $8.99 | $3.59 | DEMEDIO. GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 210957 | 5 | 09/14/04 | 0009307331 SMR | METOPROLOL 50 MG TABLET 9TS3FD | 60.00 | 30 | $22.99 | $5.49 | LIPMAN. RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 204298 | 9 | 09/14/04 | 6279401450 JJM | DIGITEK 125 MG TABLET SLABC7R | 30.00 | 30 | $11.99 | $6.07 | LIPMAN. RODNEY | TAKE 1 TABLET EVER | 03200 |
| 221750 | 2 | 09/16/04 | 0007101562 JJM | LIPITOR 20 MG TABLET 9TLE33 | 30.00 | 30 | $118.99 | $20.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET EVER | 03200 |
| 221750 | 3 | 10/19/04 | 0007101562 JJM | LIPITOR 20 MG TABLET 0APTEPM | 30.00 | 30 | $118.99 | $20.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET EVER | 03200 |
| 228953 |  | 10/19/04 | 0017243316 JJM | METFORMIN HCL 500 MG TA 0APTFXP | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 228952 |  | 10/19/04 | 6725304611 JJM | GLYBURIDE MICRO 3 MG TA 0APTFC3 | 100.00 | 34 | $44.99 | $12.00 | DEMEDIO. GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 228954 |  | 10/19/04 | 0078119661 JJM | FUROSEMIDE 40 MG TABLET 0APTFC3 | 30.00 | 30 | $9.99 | $3.59 | DEMEDIO. GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 213824 | 2 | 10/19/04 | 5388502451 JJM | ONE TOUCH ULTRA TEST 9XQP9HR | 100.00 | 30 | $89.99 | $20.00 | DEMEDIO. GABRIEL | AS DIRECTED | 03200 |
| 204298 | 10 | 10/19/04 | 6279401450 JJM | DIGITEK 125 MG TABLET HFDNLLK | 30.00 | 30 | $11.99 | $6.07 | LIPMAN. RODNEY | TAKE 1 TABLET EVER | 03200 |
| 210957 | 6 | 10/19/04 | 0009307331 JJM | METOPROLOL 50 MG TABLET SMWQWX1 | 60.00 | 30 | $22.99 | $5.49 | LIPMAN. RODNEY | TAKE 1 TABLET TWIC | 03200 |

* * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * *
* * * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * * *

```
10/05/05
14:39:39
```

PAGE:   7

RITE AID-623 ST CLAIR AVE
623 SAINT CLAIR AVENUE
CLAIRTON, PA 15025-1436
(412) 233-2703

CUSTOMER HISTORY REPORT

GAGLIARDI, JOHN

| RX CF | RF | DATE | NDC / PH INIT | DESCRIPTION / CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 229679 | | 10/27/04 | 0007105302 SMR | ACCUPRIL 10 MG TABLET ORLW79K | 30.00 | 30 | $50.99 | $20.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231592 | | 11/18/04 | 0007119562 SMR | LIPITOR 20 MG TABLET ODCA9C9 | 30.00 | 30 | $118.99 | $20.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 213824 | 3 | 11/18/04 | 5388502451 SMR | ONE TOUCH ULTRA TEST ST SPF73DH | 100.00 | 30 | $89.99 | $20.00 | DEMEDIO, GABRIEL | AS DIRECTED | 03200 |
| 231595 | | 11/18/04 | 0078119661 SMR | FUROSEMIDE 40 MG TABLET 93CPH77 | 30.00 | 30 | $9.99 | $3.59 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231594 | | 11/18/04 | 0017243316 SMR | METFORMIN HCL 500 MG TA OTN9POM | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231593 | | 11/18/04 | 6725304611 SMR | GLYBURIDE MICRO 3 MG TA HF3TFMM | 100.00 | 33 | $44.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 210957 | 7 | 11/18/04 | 0009307331 SMR | METOPROLOL 50 MG TABLET SQPF71AD | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 204298 | 11 | 11/18/04 | 6279401450 SMR | DIGITEK 125 MCG TABLET SPF71LQ | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | TAKE 1 TABLET EVER | 03200 |
| 229679 | 1 | 11/26/04 | 0007105302 SMR | ACCUPRIL 10 MG TABLET ODMKKHL | 30.00 | 30 | $50.99 | $20.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231592 | 1 | 12/16/04 | 0007119562 JJM | LIPITOR 20 MG TABLET SQRPWKS | 30.00 | 30 | $118.99 | $20.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231594 | 1 | 12/16/04 | 0017243316 JJM | METFORMIN HCL 500 MG TA MNDDAUI | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231595 | 1 | 12/16/04 | 0078119661 JJM | FUROSEMIDE 40 MG TABLET MW3QKAL | 30.00 | 30 | $9.99 | $3.59 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 233978 | | 12/16/04 | 6279401450 JJM | DIGITEK 125 MCG TABLET MNDPWJM | 30.00 | 30 | $11.99 | $6.07 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 210957 | 8 | 12/16/04 | 0009307331 JJM | METOPROLOL 50 MG TABLET SQPAWN9 | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 234195 | | 12/19/04 | 0006942203 JJM | VIAGRA 100 MG TABLET SQWAXEH | 6.00 | 6 | $65.99 | $30.00 | DEMEDIO, GABRIEL | Take as directed | 03200 |
| 234615 | 2 | 12/22/04 | 0007105302 JJM | ACCUPRIL 10 MG TABLET SRAQLLI | 30.00 | 30 | $50.99 | $23.85 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 234195 | | 01/13/05 | 0006942203 JJM | VIAGRA 100 MG TABLET HKHFTR7 | 6.00 | 6 | $69.99 | $30.00 | DEMEDIO, GABRIEL | Take as directed | 03200 |
| 233978 | 1 | 01/13/05 | 6279401450 JJM | DIGITEK 125 MCG TABLET 9MDD9C7 | 30.00 | 30 | $11.99 | $6.07 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231595 | 2 | 01/13/05 | 0037802161 JJM | FUROSEMIDE 40 MG TABLET SIAQ7G7 | 30.00 | 30 | $9.99 | $3.59 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231594 | 2 | 01/13/05 | 0017243316 JJM | METFORMIN HCL 500 MG TA 9JD9P7 | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231592 | 2 | 01/13/05 | 0007119562 JJM | LIPITOR 20 MG TABLET 930P9G | 30.00 | 30 | $124.99 | $20.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 210957 | 9 | 01/13/05 | 0009307331 SMR | METOPROLOL 50 MG TABLET STAQQ3L | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |

```
* * * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * *
* * * * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * * * * *
```

PAGE:  8

RITE AID-623 ST CLAIR AVE
623 SAINT CLAIR AVENUE
CLAIRTON  PA 15025-1436
       (412) 233-2703

10/05/05
14:39:39

CUSTOMER HISTORY REPORT

GAGLIARDI, JOHN

| RX CF | RF | DATE | NDC / PH INIT | DESCRIPTION / CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 234615 | 3 | 01/27/05 | 0007105023 HHN | ACCUPRIL 10 MG TABLET 5DDPHT | 30.00 | 30 | $53.99 | $12.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231592 | 3 | 02/12/05 | 0007101562 HHN | LIPITOR 20 MG TABLET 7CDHLD | 30.00 | 30 | $124.99 | $20.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231593 | 1 | 02/12/05 | 6725304611 HHN | GLYBURIDE MICRO 3 MG TA 031MXP | 100.00 | 33 | $44.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 231594 | 3 | 02/12/05 | 0017243316 HHN | METFORMIN HCL 500 MG TA 5WQ77 | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 233978 | 2 | 02/12/05 | 6279401450 HHN | DIGITEK 125 MCG TABLET 5WDHAR | 30.00 | 30 | $11.99 | $6.07 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 231595 | 3 | 02/12/05 | 0037802161 HHN | FUROSEMIDE 40 MG TABLET 4CDH1 | 30.00 | 30 | $9.99 | $3.59 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 210957 | 10 | 02/12/05 | 0009307331 HHN | METOPROLOL 50 MG TABLET 5WQ9JZT | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 240103 | | 02/26/05 | 0007105023 JUM | ACCUPRIL 10 MG TABLET 1A5CT | 30.00 | 30 | $53.99 | $26.97 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241310 | 1 | 03/11/05 | 0037802161 SMR | FUROSEMIDE 40 MG TABLET 4D7X3A | 30.00 | 30 | $9.99 | $3.59 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241309 | | 03/11/05 | 0017243316 SMR | METFORMIN HCL 500 MG TA 5EQ1MG | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 210957 | 11 | 03/11/05 | 0009307331 SMR | METOPROLOL 50 MG TABLET 5WQ9JH | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | TAKE 1 TABLET TWIC | 03200 |
| 242220 | 2 | 03/11/05 | 6725304611 SMR | GLYBURIDE MICRO 3 MG TA 5EQ3MG | 12.00 | 4 | $9.99 | $4.22 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 241312 | | 03/11/05 | 0007101562 SAG | LIPITOR 20 MG TABLET 5EQ4LC | 30.00 | 30 | $124.99 | $26.74 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241311 | | 03/11/05 | 6279401450 SMR | DIGITEK 125 MCG TABLET 1A8543 | 30.00 | 30 | $11.99 | $6.07 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 240103 | 1 | 03/28/05 | 0007105023 SMR | ACCUPRIL 10 MG TABLET 5EQ1CT | 30.00 | 30 | $53.99 | $28.98 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 242220 | 3 | 04/04/05 | 6725304611 JUM | GLYBURIDE MICRO 3 MG TA 5EC3AX | 90.00 | 30 | $40.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 241311 | | 04/13/05 | 6279401450 JUM | DIGITEK 125 MCG TABLET 5NDA9C | 30.00 | 30 | $11.99 | $6.07 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241312 | 1 | 04/13/05 | 0007101562 SMR | LIPITOR 20 MG TABLET 5FEP1HM | 30.00 | 30 | $124.99 | $20.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241309 | 1 | 04/13/05 | 0017243316 SMR | METFORMIN HCL 500 MG TA 5DJ1MG | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241310 | 1 | 04/13/05 | 0037802161 SMR | FUROSEMIDE 40 MG TABLET 5EP1HK | 30.00 | 30 | $9.99 | $3.59 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 243928 | | 04/14/05 | 0009307331 JUM | METOPROLOL 50 MG TABLET HMTKX13 | 60.00 | 30 | $22.99 | $5.49 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 240103 | 2 | 04/26/05 | 0007105023 SMR | ACCUPRIL 10 MG TABLET 0C99MP 0C1TL9M | 30.00 | 30 | $53.99 | $26.97 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |

* * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * *
* * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * *

10/05/05
14:39:39

PAGE: 9

RITE AID-623 ST CLAIR AVE
623 SAINT CLAIR AVENUE
CLAIRTON PA 15025-1436
(412) 233-2703

CUSTOMER HISTORY REPORT

GAGLIARDI, JOHN

| RX CF | RF | DATE | NDC | PH INIT | DESCRIPTION / CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 241310 | 2 | 05/20/05 | 003780216 10 | SMR | FUROSEMIDE 40 MG TABLET / OELCTEK | 30.00 | 30 | $9.99 | $3.59 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241309 | 2 | 05/20/05 | 001724331 60 | SMR | METFORMIN HCL 500 MG TA / DCUTTCKW | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 242220 | 4 | 05/20/05 | 672530461 90 | SMR | GLYBURIDE MICRO 3 MG TA / HOQ3WA3 | 90.00 | 30 | $40.99 | $12.00 | DEMEDIO, GABRIEL | TAKE 1 TABLET 3 TI | 03200 |
| 241312 | 2 | 05/20/05 | 000710156 30 | SMR | LIPITOR 20 MG TABLET / TA2W | 30.00 | 30 | $124.99 | $20.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241311 | 2 | 05/20/05 | 627940145 30 | SMR | DIGITEK 125 MCG TABLET / OEL7G9 | 30.00 | 30 | $11.99 | $6.07 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 247059 | 2 | 05/22/05 | 000930733 30 | SMR | METOPROLOL 50 MG TABLET / EMCPDKT | 60.00 | 30 | $22.99 | $5.49 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 240103 | 3 | 05/29/05 | 000710530 27 | HHN | ACCUPRIL 10 MG TABLET / SA03W0 | 30.00 | 30 | $53.99 | $26.97 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 247856 |  | 05/31/05 | 597625022 01 | UM | QUINAPRIL HCL 40 MG TAB / SA7WH9 | 30.00 | 30 | $39.99 | $12.00 | LIPMAN, RODNEY | TAKE 1 TABLET DAIL | 03200 |
| 248013 |  | 06/01/05 | 597625021 20 | SMR | QUINAPRIL HCL 20 MG TAB / CVFX4A | 30.00 | 30 | $39.99 | $12.00 | LIPMAN, RODNEY | TAKE 1 TABLET DAIL | 03200 |
| 247941 |  | 06/15/05 | 000074142 20 | SMR | COREG 25 MG TABLET / NA9OE | 60.00 | 30 | $131.99 | $20.00 | LIPMAN, RODNEY | TAKE 1/2 TABLET TW | 03200 |
| 249455 |  | 06/20/05 | 672530461 90 | GAC | GLYBURIDE MICRO 3 MG TA / HOQ3WA3 | 90.00 | 30 | $40.99 | $18.63 | DEMEDIO, GABRIEL | TAKE ONE TABLET 3 | 03200 |
| 247059 | 1 | 06/20/05 | 000930733 30 | GAC | METOPROLOL 50 MG TABLET / UPMPPF | 60.00 | 30 | $22.99 | $5.49 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241311 | 3 | 06/20/05 | 627940145 30 | GAC | DIGITEK 125 MCG TABLET / OEL7G9 | 30.00 | 30 | $11.99 | $6.07 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241312 | 3 | 06/20/05 | 000710156 30 | GAC | LIPITOR 20 MG TABLET / SCTW2P | 30.00 | 30 | $124.99 | $81.49 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241309 | 3 | 06/20/05 | 001724331 60 | GAC | METFORMIN HCL 500 MG TA / CHENKW | 90.00 | 30 | $60.99 | $18.25 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 241310 | 3 | 06/20/05 | 003780216 10 | GAC | FUROSEMIDE 40 MG TABLET / CHENKX | 30.00 | 30 | $9.99 | $3.59 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 248013 | 1 | 07/05/05 | 597625021 20 | GAC | QUINAPRIL HCL 20 MG TAB / CHENKX | 30.00 | 30 | $39.99 | $12.00 | LIPMAN, RODNEY | TAKE 1 TABLET DAIL | 03200 |
| 248013 |  | 07/23/05 | 597625021 20 | BJB | QUINAPRIL HCL 20 MG TAB / 5FLMD | 30.00 | 30 | $39.99 | $12.00 | LIPMAN, RODNEY | TAKE 1 TABLET DAIL | 03200 |
| 247941 |  | 07/23/05 | 000074142 20 | BJB | COREG 25 MG TABLET / DLCRME | 60.00 | 30 | $131.99 | $20.00 | LIPMAN, RODNEY | TAKE 1/2 TABLET TW | 03200 |
| 251975 | 1 | 07/23/05 | 672530461 90 | BJB | GLYBURIDE MICRO 3 MG TA / HOQ3WA3 | 90.00 | 30 | $40.99 | $12.00 | DEMEDIO, GABRIEL | TAKE ONE TABLET 3 | 03200 |
| 247059 | 2 | 07/23/05 | 000930733 30 | BJB | METOPROLOL 50 MG TABLET / MHECXE | 60.00 | 30 | $22.99 | $5.49 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 251979 |  | 07/25/05 | 001724331 60 | LT2 | METFORMIN HCL 500 MG TA / MHMCMI7 | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |

* * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * *
* * * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * *

10/05/05
14:39:39

RITE AID-623 ST CLAIR AVE
623 SAINT CLAIR AVENUE
CLAIRTON, PA 15025-1436
(412) 233-2703

CUSTOMER HISTORY REPORT

GAGLIARDI, JOHN

| RX CF | RF | DATE | NDC PH INIT | DESCRIPTION CLAIM REF NBRS | QTY DISP | DAYS SUPPLY | RETAIL PRICE | CUST PAID | DOCTOR | INSTRUCTION | STORE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 252101 |   | 07/26/05 | 0007101562 SMR | LIPITOR 20 MG TABLET 5KMQP5P | 30.00 | 30 | $124.99 | $20.00 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 252100 |   | 07/26/05 | 0037802161 SMR | FUROSEMIDE 40 MG TABLET 5E97P7M | 30.00 | 30 | $9.99 | $3.59 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 252099 |   | 07/26/05 | 6279401450 SMR | DIGITEK 125 MCG TABLET 5EXONM | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 252099 | 1 | 08/25/05 | 6279401450 DJB | DIGITEK 125 MCG TABLET 5NRPLB | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 252100 | 1 | 08/25/05 | 0037802161 DJB | FUROSEMIDE 40 MG TABLET 5QMPR3 | 30.00 | 30 | $9.99 | $3.59 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 252101 | 1 | 08/25/05 | 0007101562 DJB | LIPITOR 20 MG TABLET 5MLAPPI | 30.00 | 30 | $124.99 | $20.00 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 251979 | 1 | 08/25/05 | 0017243316 DJB | METFORMIN HCL 500 MG TA 5QMMPCO | 90.00 | 30 | $60.99 | $12.00 | DEMEDIO, GABRIEL | TAKE ONE TABLET 3 | 03200 |
| 251975 | 2 | 08/25/05 | 6725304610 DJB | GLYBURIDE MICRO 3 MG TA 5PCPR3 | 90.00 | 30 | $40.99 | $18.63 | DEMEDIO, GABRIEL | TAKE 1 TABLET DAIL | 03200 |
| 248013 | 3 | 08/25/05 | 5976250210 DJB | QUINAPRIL HCL 20 MG TAB 5Q7MCQ | 30.00 | 30 | $39.99 | $30.99 | LIPMAN, RODNEY | TAKE 1/2 TABLET TW | 03200 |
| 247941 | 2 | 08/25/05 | 0000741420 DJB | COREG 25 MG TABLET 5QT0AQE | 60.00 | 30 | $131.99 | $43.99 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 247059 | 3 | 08/25/05 | 0009307330 DJB | METOPROLOL 50 MG TABLET 5Q3APT | 60.00 | 30 | $22.99 | $5.49 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |
| 247941 | 3 | 09/26/05 | 0000741420 DJB | COREG 25 MG TAB 5QMDR3V9W | 60.00 | 30 | $131.99 | $97.74 | LIPMAN, RODNEY | TAKE 1/2 TABLET TW | 03200 |
| 248013 | 4 | 09/26/05 | 5976250210 DJB | QUINAPRIL HCL 20 MG TAB 5HKXDQ | 30.00 | 30 | $39.99 | $27.71 | LIPMAN, RODNEY | TAKE 1 TABLET DAIL | 03200 |
| 251975 | 3 | 09/26/05 | 6725304610 DJB | GLYBURIDE MICRO 3 MG TA 5HKXDQ | 90.00 | 30 | $40.99 | $18.63 | DEMEDIO, GABRIEL | TAKE ONE TABLET 3 | 03200 |
| 252101 | 2 | 09/26/05 | 0007101562 DJB | LIPITOR 20 MG TABLET 5HKADM | 30.00 | 30 | $124.99 | $100.59 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 252100 | 2 | 09/26/05 | 0037802161 DJB | FUROSEMIDE 40 MG TABLET 5HKXQ | 30.00 | 30 | $9.99 | $3.59 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 252099 | 2 | 09/26/05 | 6279401450 DJB | DIGITEK 125 MCG TABLET 5QEWQ | 30.00 | 30 | $11.99 | $6.07 | LIPMAN, RODNEY | Take 1 tablet by m | 03200 |
| 251979 | 2 | 09/26/05 | 0017243316 BJB | METFORMIN HCL 500 MG TA 5KMDHTH | 90.00 | 30 | $60.99 | $18.25 | DEMEDIO, GABRIEL | Take 1 tablet by m | 03200 |

$10,415.87   $3,034.36

$3,034.36

* * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * *
* * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * *

```
10/05/05                                                                    PAGE: 11
14:39:39

                        RITE AID-623 ST CLAIR AVE
                        623 SAINT CLAIR AVENUE
                        CLAIRTON, PA 15025-1436
                            (412) 233-2703

                        CUSTOMER HISTORY REPORT

GAGLIARDI, JOHN

RX  RF  DATE    NDC         DESCRIPTION    QTY  DAYS    RETAIL   CUST
CF              PH INIT      CLAIM REF NBRS DISP SUPPLY  PRICE    PAID   DOCTOR   INSTRUCTION   STORE

I certify that these medications were dispensed to the above by order of their personal physician

Pharmacists Signature: _____

Date: __10/5/05__        * PAID ONLINE BY CREDIT CARD AT DRUGSTORE.COM

* * * * * * * * THIS REPORT CONTAINS PATIENT HEALTH INFORMATION WHICH IS LEGALLY PROTECTED UNDER HIPAA LEGISLATION. * * * * * * *
* * * * * * * * THIS INFORMATION MUST BE USED AND STORED IN ACCORDANCE WITH RITE AID PRIVACY POLICIES. * * * * * * * * * *.
```



PETE FLAHERTY
COMMISSIONER

TOM FOERSTER
CHAIRMAN

LARRY DUNN
COMMISSIONER

**OFFICE OF THE PRISON**

## County of Allegheny

950 SECOND AVENUE
PITTSBURGH, PA 15219-3100
Phone: (412) 350-2000
FAX: (412) 350-2032

CHARLES J. KOZAKIEWICZ
WARDEN

JAMES J. GREGG
DEPUTY WARDEN
EDWARD P. DESABATO
DEPUTY WARDEN
JAMES LONGMORE
DEPUTY WARDEN

TO:   ALL PERSONNEL

FROM: JAMES LONGMORE, DEPUTY WARDEN OF SERVICES

$Exhibit$ 

DATE: APRIL 1, 1996

RE:   General Duties:  Intake, Intake Floor, Pre-arraignment/Court
      Holding, Processing, Search, Escort and Property Officers

PURPOSE:  To describe the procedures that will be used to admit
and process prisoners in a way that ensures the legality of their
commitment, that the conditions of confinement to which they are
assigned are appropriate, and that the jail's security is maintained.

PROCEDURAL GUIDELINES:  The jail's booking or intake area will be
staffed twenty-four hours a day, and will have a minimum of one
female correctional officer assigned to this area.

Procedure A:  Law Enforcement Vehicle Identification

1. Law enforcement agency contacts central by use of the
   speaker at the sliding gate.

2. Law enforcement agency provides central control with the
   following information:
   * agency name
   * number of prisoners they wish to admit
   * if any prisoners require special treatment
     (females, juveniles and violent persons)

3. Central control instructs the law enforcement agency by
   use of the intercom to proceed to the vehicle bay entrance
   for visual verification.

4. Central control opens sliding gate using the control panel.

5. If central control is unable to identify the law enforce-
   ment agency by a police logo, central control will notify
   the Intake Floor Officer by phone of the situation.  The
   Intake Floor Officer will exit the vehicle bay to make I.D.

6. Central control opens the vehicle bay door using the control panel and admits the vehicle into the vehicle bay. Central control will observe the vehicle on cctv.

7. Central control closes the vehicle bay door using the control panel.

**Procedure B:   Booking Notification Process**

1. Central control notifies the Intake Desk Officer by radio that a law enforcement agency is being admitted into the vehicle bay.

2. Central control will then inform the Intake Desk Officer by radio the number of prisoners arriving and whether any prisoners require special treatment.

   a. Special Intake : If the booking is not routine, Procedure C Special intake preparation takes place. If the booking is routine, Procedure D. Vehicle Bay procedures take place.

**Procedure C:   Prepare for special intake**

1. If a female officer is not available the female prisoner will be escorted to one of the holding cells in the intake area, and remain there until a female officer is available to conduct the search.

2. If a juvenile is brought into the institution refer to Juvenile Act #33 dated March 18, 1996

3. If a violent prisoner is being brought into the institution the Inmate Processing Supervisor will assure that sufficient staff are present to safely receive the prisoner.

**Procedure D:   Vehicle Bay Procedures**

1. Arresting officer parks vehicle in a parking space.

2. Arresting officer removes keys from vehicle.

3. Arresting officer deposits weapon in gun cabinets provided by bay area.

4. Arresting officer removes prisoners from vehicle and locks vehicle.

5. Arresting officer and prisoners proceed to the intake sally port.

**Procedure E:   Intake Sally Port Procedures**

1.   The Intake Floor Officer and medical staff meet the
     arresting officer and prisoners in the intake sally
     port.  Only five (5) prisoners at one time in the sally
     port area.

2.   The Intake Floor Officer instructs the arresting officer
     to proceed to the intake desk to begin processing their
     paper work.

3.   The medical staff will do a medical assessment of the
     prisoner using RECEIVING SCREENING FORM.

4.   If the medical staff determines that medical attention is
     required they will:

     a.  advise arresting officer that medical clearance at an
         emergency room is required prior to booking.

     b.  provide arresting officer with a written reason as to
         why the prisoner is being refused.

5.   The Intake Floor Officer will conduct a preliminary pat
     search of each new prisoner.

6.   The Intake Floor Officer also conducts a hand held metal
     detector search if:

     a.  any weapons uncovered which may have been involved in
         the charge will be turned over to the arresting officer.

     b.  any weapons that were not involved in the crime, (i.e.,
         knives that are properly sheathed and thus not considered
         concealed weapons) will be secured in a plastic security
         bag which will be labeled with the prisoner's name and
         date of admission.  These items will be placed behind the
         Intake desk.

     c.  any drugs discovered, the items will be turned over to the
         arresting officer.

     d.  prescription medications are discovered, the items will
         be turned over to the ground level medical department.

     e.  bags or luggage are present, any tobacco products, the
         items will be labeled with the prisoners name and
         deposited at the intake control desk.

**Procedure F:  Booking Desk Procedures**

1.   Intake Desk Officer opens intake sally port door from the
     control panel.  Inner door only.

| RECEIPT FOR PROPERTY | | FILE NUMBER 21-997 |
|---|---|---|
| | OFFICE | INVENTORY NUMBER 03-003 |

**NAME OF PERSON FROM WHOM PROPERTY IS OBTAINED**
☑ Owner
☐ Other – Identify

**ADDRESS (Include ZIP Code) of Person From Whom Property Is Obtained**
141/191 WALL RD   CLAIRTON PA 15025
Street          City          State    ZIP

**LOCATION WHERE PROPERTY OBTAINED**
US.I INDUSTRIAL PARK
141/191 WALL RD, CLAIRTON PA 15025

**PURPOSE FOR WHICH OBTAINED**
EVIDENCE, CRIMINAL INVESTIGATION

| Item No. | Identify | DESCRIPTION OF ARTICLES (Include model, serial No., identifying marks, condition and value, when appropriate) | Type Code | Value | Bin No. |
|---|---|---|---|---|---|
| 1-1 8 | | VARIOUS DOCUMENTS & COMPUTER EQUIPMENT FROM GAGLIARDI SEARCH WARRANT **SEE RECEIPT FOR COMPLETE LISTING OF ITEMS | L | — | — |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Type Code:**   S-Stolen   R-Recovered   D-Damaged
A. Currency, notes, etc.   D. Stolen Autos   G. Firearms   J. Livestock
B. Jewelry & Precious Metals   E. Office Equipment   H. Household Goods   K. Miscellaneous
C. Clothing/Furs   F. Television, Radios, Cameras, etc.   I. Consumable Goods   L. DOCUMENTS

**CHAIN OF CUSTODY**

| Item No. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1-18 | 4/1/03 | TYPED NAME DAVID K. FRATTARE  SIGNATURE | TYPED NAME KENNETH R. NYE  SIGNATURE | LOGGED INTO BCI/WRO |
| 1-18 | 4/1/03 | TYPED NAME DAVID K. FRATTARE  SIGNATURE | TYPED NAME D.J. O'BRIEN  SIGNATURE | ANALYSIS |

BH-4(9/78)

2. EVIDENCE CUSTODIAN

Exhibit  3

CHAIN OF CUSTODY (Continued)

| Item No. | DATE | RELINQUISHED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 16 17 | 4/10/0 | TYPED NAME: JOHN J. O'BRIEN   SIGNATURE | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | RETURN OF COMPUTERS & DISKS |
| 1 TO 18 | 4/2/03 | TYPED NAME: K. NYE   SIGNATURE | TYPED NAME: SUSAN P. MURPHY   SIGNATURE | RELSD TO SI for hearing |
| 1 TO 18 | 5/7/03 | TYPED NAME: SUSAN P. MURRAY   SIGNATURE | TYPED NAME: K. NYE   SIGNATURE | RTN TO EVIDENCE |
| 2A | 5/7/03 | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | TYPED NAME: SEE ATTACHED LETTER   SIGNATURE | TO FBI LAB FOR ANALYSIS |
| 1 TO 18 2A | 5/19/03 | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | RELEASED TO SA FRATTARE FOR ADDING |
| 1 TO 18 2A | 5/19/03 | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | RETURNED TO EVIDENCE |
| ~~X A I~~ | 2-04 | TYPED NAME   SIGNATURE | TYPED NAME   SIGNATURE | |
| ALL | 3-5-04 | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | OUT FOR PRELIM HEARING |
| ALL | 3-5-04 | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | TYPED NAME: DAVID K. FRATTARE   SIGNATURE | RTND. TO EVIDENCE |
| | | TYPED NAME   SIGNATURE | TYPED NAME   SIGNATURE | |
| | | TYPED NAME   SIGNATURE | TYPED NAME   SIGNATURE | |
| | | TYPED NAME   SIGNATURE | TYPED NAME   SIGNATURE | |
| | | TYPED NAME   SIGNATURE | TYPED NAME   SIGNATURE | |
| | | TYPED NAME   SIGNATURE | TYPED NAME   SIGNATURE | |
| | | TYPED NAME   SIGNATURE | TYPED NAME   SIGNATURE | |

Exhibit **4**

POST-GAZETTE, Mon., July 27, 1981 — 5

**SPECIAL REPORT**

# s lax in auditing Bell records

**Barry Paris**
Gazette Staff Writer



but Gagliardi says the true money figure involved there is "maybe 50 times" what Bell and the PUC have apparently agreed to.

After witnessing the chopping of new cable at Gagliardi's warehouse, Young, also noted also that there were "about 10,000 brand new foot-long 'ringers' there to be scrapped."

Inexplicably, however, Young's superior — Ken Nye, then head of the Pittsburgh office of the PUC — refused to talk with Gagliardi or go to Clairton to witness the destruction for himself.

"He [Nye] wanted me to arrest Gagliardi on [an unrelated] trucking violation charge!" said Young. "He kept pressing me about those violations and I said, 'Look, Ken, I got three years to get Gagliardi on those charges and he's helping us with a major breakthrough in the Bell case.'"

(The PUC eventually dropped those minor charges against Gagliardi.)

Young's subsequent efforts to further the document the magnitude of the case were repeatedly frustrated, he said, by his superiors.

"I wasn't allowed to make a move unless Stephenson knew about it," said Young. "I wanted to take a man or two and hit all the warehouses a year and a half ago, but Stephenson said, 'No, siree. We'll tell you when to go.' I called in John Alford [then PUC director of public safety and compliance] and said I'd worked 46 days, including Saturdays, Sundays and evenings on this without overtime, and I asked him, 'Why are you tying my hands when you know we've got the facts?' He

# GENERAL TEAMSTERS, CHAUFFEURS AND HELPERS

## *Local Union 249*

JAMES M. BURNS, JR., *Secretary-Treasurer*

BUTLER STREET · PITTSBURGH, PA. 15201

Phone: (412) 683-4700

*Officers*
THOMAS J. FAGAN, *President*
GEORGE OGG, *Vice President*
JOSEPH G. ROTH, *Rec. Sec.*

*Trustees*
THOMAS R. JOHNSTON
JOHN C. BAUER
TERENCE J. MAHONEY

*Business Agents*
WILLIAM C. MILLER
JOHN R. CLEMENS
CHARLES M. BYRNES
WILLIAM A. GRAMC
JOSEPH ANDRZEJWSKI
JOHN L. RITTER

May 16, 1978

 

**Exhibit  5**

Mr. Kenneth Nye
District Supervisor
Public Utility Commission
Buhl Building — 3rd Floor
204 — 5th Avenue
Pittsburgh, Pennsylvania  15222

Dear Mr. Nye:

I have been informed that, the United States Industrial Fabrications (USI) of Clairton, Pennsylvania, is picking up and delivering material within Allegheny County, Pennsylvania.

This material is being warehoused by White Terminal, Inc.  It is my understanding that, USI and their subsidiary Step Van, Inc. have no P.U.C. authority, this company previously hauled Western Electric material when, they warehoused the product in Clairton, Pennsylvania.

Please consider this letter a formal protest.  I would appreciate any action that can be taken by your office to remedy this situation.

Respectfully yours,

Charles M. Byrnes
Business Agent
General Teamsters Local Union 249

cc:  Thomas Sanfilippo, Steward

# US Industrial Fabricators, Inc.

### Industrial and Commercial Fabrication - Complete Plant Installation

191 WALL ROAD ● JEFFERSON BOROUGH, CLAIRTON, PENNSYLVANIA 15025 ● PHONE: (412) 233 - 7700

John Gagliardi
PRESIDENT

Gabriel A. DeMedio
VICE - PRESIDENT

P. A. Capolupo
CORPORATE COUNSEL

Exhibit 6

January 11  1979

Kenneth R  Nye
Regional Supervisor
Public Utility Commission
204 Fifth Avenue
Buhl Building  Third Floor
Pittsburgh  PA  15222

Re  Your letter dated 1/11 79 (attached)

Dear Sir.

We would like to reemphasize the purpose of our conversation on
January 11  1979, was to ask you if any progress has been made
since Mr  Chris Young of your organization was made aware of our
complaint   The dates Mr  Young visited our warehouse facilities
with the PUC Auditor and Attorney are as follows:

        February 24, 1978
        February 25, 1978
        March 1  1978
        March 7, 1978
        March 13, 1978
        April 7  1978
        May 1  1978
        May 3  1978
        August 10  1978
        September 18  1978

In addition Mr. Pat Capolupo, Assistant to the Attorney General's
Office and myself personally came to your office to assure your
organization full cooperation   We have had conversation with Mr.
Jerry Rich  Services and Enforcement and Investigations, who stated,
" Mr  Nye is permitted to keep you informed on the progress of your
complaint. " You can verify by calling Mr  Rich on 717-787-4095
concerning his statement

Mr  Ken Nye
PUC
Regional Supervisor            page-2-            January 11, 1979

Please keep in mind we are only seeking assurance that the PUC
Commissioners receive the full benefits of our complaint and
results prior to rendering a decision on Bell of Penna  rate
increase   If we can be of further assistance  please advise


                         Very truly yours
                         USI FABRICATORS, INC.  .

                              *John Gagliardi* (signature)

                           John Gagliardi


CC  :
W  Wilson Goode  Chairman PUC
Louis J  Carter
Robert K  Bloom
Helen B  O Bannon
Michael Johnson
Jerry Rich, Director  Investigations  Services & Enforcement

COMMONWEALTH OF PENNSYLVANIA
PENNSYLVANIA PUBLIC UTILITY COMMISSION
204 Fifth Avenue
Buhl Building, Third Floor
Pittsburgh, PA  15222

**E**xhibit   7

January 11, 1979

John Gagliardi, President
U.S. Industrial Fabricators, Inc.
191 Wall Road
Clairton, PA  15025

Dear Mr. Gagliardi:

This is to acknowledge your telephone call and Mailgram both received on January 11, 1979.  As I told you during our telephone conversation the status of any investigation being conducted by the Public Utility Commission is confidential in nature and therefore I am not at liberty to discuss such matters with you.

I am sure that the Commission will give your formal complaint prompt attention.

If I can be of further assistance to you in this matter please contact me at 412-565-3553.

Sincerely yours,

Kenneth R. Nye
Regional Supervisor

KRN/mjm



SEPTEMBER 10, 1985                                V 11

JOHN GAGLIARDI
191 HALL ROAD
CLAIRTON, PA.  15025

MR. KENNETH NYE
BUREAU OF CRIMINAL INVESTIGATIONS
11279 CENTER HIGHWAY
NORTH HUNTINGDON, PA.  15642

DEAR MR. NYE:
   THIS IS OUR MEMORANDUM OF UNDERSTANDING:
   ENCLOSED IS A COPY OF A LETTER FROM YOU DATED JANUARY 11, 1979.
SINCE I MADE THE FORMAL COMPLAINT AND GAVE YOU INFORMATION IN PERSON AT THE
BUHL BUILDING AND EXPLAINED TO YOU ABOUT THE CABLE CHOPPING AND DESTRUCTION
OF NEW TELECOMMUNICATION EQUIPMENT THAT BELONGED TO THE BELL SYSTEM AND HOW
WESTERN ELECTRIC RECEIVED LABOR HOURS FOR INSTALLING NEW CABLE WHICH WASN'T
INSTALLED AND ALSO REMOVING OF OLD CABLE THAT WASN'T REMOVED AND USED THE NEW
CABLE AS SUPPOSED OLD REMOVED CABLE AND HOW THESE BILLS WERE PASSED ON TO THE
TELEPHONE COMPANY AND GOT PAID FOR IT AND PASSED COSTS ON TO THE CONSUMER. I
FOUND OUT RECENTLY FROM PERSONNEL IN THE PUC THAT YOU CAME FROM THE ATTORNEY
GENERALS OFFICE. JOHN ALFORD RECOMMENDED YOU TO THE PUC AS REGIONAL SUPERVISOR,
DURING WHICH YOU SEEMED TO BE MORE INTERESTED IN PROSECUTING PUC OFFICIALS THAT
MAY HAVE BEEN INVESTIGATING MY FORMAL COMPLAINT. YOU THEN WENT BACK TO THE
ATTORNEY GENERALS OFFICE AND I WAS TOLD THAT YOU AIDED THE PROSECUTION OF SOME
OF THE PUC OFFICIALS. NOW, I WANT TO KNOW WHY YOU DID NOT CONVENE A GRAND JURY
ON THE WESTERN ELECTRIC AND BELL SYSTEM INVESTIGATION WHEN A GRAND JURY WAS
CONVENED TO PROSECUTE PUC OFFICIALS. YOU WERE IN BOTH OFFICES WITH ALL THIS INF-
ORMATION AND KNOWING HOW TO PROSECUTE THEM. AS PER OUR LAST PHONE CONVERSATION,
YOU MENTIONED TO ME ABOUT A "COVER-UP". PLEASE EXPLAIN TO ME WHAT YOU MEAN BY
IT.

                                        SINCERELY,

                                        JOHN GAGLIARDI



COMMONWEALTH OF PENNSYLVANIA
PENNSYLVANIA PUBLIC UTILITY COMMISSION
P. O. BOX 3265, HARRISBURG, Pa. 17120

August 24, 1988

IN REPLY PLEASE
REFER TO OUR FILE

Mr. John Gagliardi, President
US Industrial Fabricators, Inc.
191 Wall Road
Clairton, Pennsylvania 15025

Exhibit **9**

Dear Mr. Gagliardi:

I am in receipt of your August 17, 1988 correspondence wherein you refer to some conversations with the Public Utility Commission offices.

As you are aware, the various aspects of your letter have been reviewed several times by several agencies. Please be assured that these have been professionally and thoroughly done by competent people acting within their spheres of employment and expertise and exercising their independent decision making ability.

Sincerely,

John G. Alford
Director of Operations

JGA:esb

| Employe Name | Date of App't. to PUC | Current Job Title or Last Title of Record | Date Terminated | Reason |
|---|---|---|---|---|
| Panzar, J. | 3/16/77 | Attorney 1 | 11/22/80 | Private Sector Empl. |
| Kashi, G. | 9/2/76 | Administrative Law Judge | | |
| Larkin, K. | 4/14/77 | Attorney 5 | 8/29/78 | Private Sector Empl. |
| Nye, K. | 4/13/78 | Enf. Officer Reg. Superv. | 8/14/79 | Transfer to Justice |
| Alford, J. | 5/16/77 | Director of Operations | | |
| Rich, J. | 3/19/63 | Secretary | | |
| Nicely, K. | 4/28/75 | Dir., Safety & Compl. | | |
| Soukup, G. | 4/16/77 | P.U. Audit Manager | | |
| Young, C. | 5/17/61 | P.U. Enf. Officer | 11/27/84 | Retire |
| Repine, A. | 4/30/68 | Enf. Officer Reg. Superv. | 4/30/85 | Retire |
| Stephenson, M. | 12/20/78 | Attorney 3 | 5/2/84 | Private Sector Empl. |