IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GAGLIARDI, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04 - 241 |
| | ) | |
| vs. | ) | Judge David S. Cercone / |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| COUNTY OF ALLEGHENY, a political subdivision of the Commonwealth of Pennsylvania; Calvin Lightfoot, former Warden of Allegheny County Jail; Fred Rosemeyer, present Warden of Allegheny County Jail; James C. Roddey, former County Chief Executive; Dan Onorato, present County Chief Executive; John Doe, County Correctional Officer with name unknown; Jane Doe, County Correctional Officer with name unknown; Jack Doe, County Correctional Officer with name unknown; and Jill Doe, County Correctional Officer with name unknown; | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a document filed by Plaintiff entitled "Praecipe for Inclusion of Report No. 1...", received by the Clerk of Court on April 7, 2006. Unfortunately, Plaintiff chooses to proceed pro se, and as such, does not have knowledge of proper rules of federal procedure. While the Court has tried to give Plaintiff some leeway in this case due to his pro se status, and has previously allowed the filing of a Praecipe for Inclusion, it will not do so in response to this request.

Plaintiff requests the filing of a report from an Allegheny County Investigating Grand Jury about a purported problem within the Allegheny County Jail

involving the smuggling of illicit drugs and contraband into the jail. That investigation has no relation to the facts presently before the Court, that Plaintiff was deprived of his prescription medication for a period of time after being incarcerated at the jail. Therefore,

**IT IS ORDERED** this 11th day of April, 2006, that Plaintiff's Praecipe is **DENIED**.

**IT IS FURTHER ORDERED** that said Praecipe and the attachment thereto is not to be considered part of the formal record of this case.

**IT IS FURTHER ORDERED** that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A), and Rule 72.1.3(B) of the Local Rules for Magistrate Judges, the parties are allowed ten (10) days from the date of service of a copy of this Order to file objections to this Order. Any party opposing the objections shall have seven (7) days from the date of service of objections to respond thereto. Failure to file timely objections may constitute a waiver of any appellate rights.

Lisa Pupo Lenihan
United States Magistrate Judge

cc:     JOHN GAGLIARDI
        191 Wall Road
        Jefferson Hills, PA 15025

        Michael H. Wojcik
        Caroline Liebenguth
        Allegheny County Law Department
        300 Fort Pitt Commons

445 Fort Pitt Boulevard
Pittsburgh, PA 15219


Stanley A. Winikoff
Winikoff Associates
4 Gateway Center
13th Floor
Pittsburgh, PA 15222