IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GAGLIARDI, ) | |
| ) | |
| Plaintiff, ) | 2:04cv241 |
| ) | Electronic Filing |
| v. ) | |
| ) | Judge Cercone |
| ) | Magistrate Judge Lenihan |
| COUNTY OF ALLEGHENY, a political ) | |
| subdivision of the Commonwealth of ) | |
| Pennsylvania, CALVIN LIGHTFOOT, ) | |
| former Warden of Allegheny County ) | |
| Jail, FRED ROSEMEYER, present ) | |
| Warden of Allegheny County Jail, ) | |
| JAMES C. RODDEY, former County ) | |
| Chief Executive, DAN ONORATO, ) | |
| present County Chief Executive and ) | |
| JOHN DOE, a County Correctional ) | |
| Officer, with name unknown, JANE ) | |
| DOE, a County Correctional Officer, ) | |
| with name unknown, JACK DOE, ) | |
| a County Correctional Officer, with name ) | |
| unknown, and JILL DOE, a County ) | |
| Correctional Officer, with name unknown. ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

The above captioned Complaint was removed to this Court from the Court of Common Pleas of Allegheny County on February 19, 2004, and was referred to the United States Magistrate Judge Lisa Pupo Lenihan for Pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636 (b)(1), and Rues 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Document No. 72), filed on February 21, 2007, recommended that Defendants' Motions for Summary Judgment (Document Nos. 62 & 64) be granted. Service was made on all counsel of record and on the Plaintiff, pro se.

Plaintiff filed Objections to the Report and Recommendation (Document No. 73) on March 6, 2007. After review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following Order is entered:

AND NOW, this **14TH** day of March, 2007,

**IT IS HEREBY ORDERED** that Defendants' Motions for Summary Judgment (Document Nos. 62 & 64) are **GRANTED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (Document No 72) of Magistrate Judge Lenihan, dated February 21, 2007, is adopted as the Opinion of the Court.

David Stewart Cercone
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

John Gagliardi
191 Wall Road
Jefferson Hills, PA 15025

Michael H. Wojcik, Esquire
Caroline Liebenguth, Esquire
Allegheny County Law Department
300 Fort Pitt Commons
445 Fort Pitt Boulevard
Pittsburgh, PA 15219

Stanley A. Winikoff, Esquire
Swartz Campbell
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219